IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF _Ohio_
_Eastern_ DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

**FILED**

JUN - 2 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

_Sharon Jackson_

_____

*(Write the full name of each plaintiff who is filing
this complaint.  If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

–against–

_Apple, Boost Mobile, T-Mobile,_
_United States of America, Chipotle,_
_McDonalds, Cleveland Clinic Fairground_

*(Write the full name of each defendant who is
being sued.  If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint and Request For
Injunction**

Case No. **5:22 CV 00928**

*(to be filled in by the Clerk's Office)*

**JUDGE ADAMS**

**MAG. JUDGE HENDERSON**

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                    *Heaven Jackson*
Street Address          *1700 W. Market st #182*
City and County         *Akron Summit County*
State and Zip Code      *Ohio  44313*
Telephone Number        *(234) 706 - 4659*
E-mail Address

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

Name                    *( See additional pages )*
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)


Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)


Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)


## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

1.) The Defendants Apple, is incorporated under the laws of the State of Ohio, and has its principal place of business in the State of California.

2.) The Defendant Verizon, is incorporated under the laws of the State of Ohio, and has its principal place of business in the State of New York.

3.) The Defendants Steak & Shake, is incorporated under the laws of the State of Ohio, and has its principal place of business in the state of New York.

4.) The Defendants Subway, is incorporated under the laws of the State of Ohio, and has its principal place of business in the State of Connecticut.

5.) The Defendants Quality Inn, is incorporated under the laws of the State of Ohio, and has its principal place of business in the state of Maryland.

6.) The Defendants McDonalds, is incorporated under the laws of the State of Ohio, and has its principal place of business in the state of Illinois.

7.) The Defendants Chipotle, is incorporated under the laws of the state of Ohio, and has its principal place of business in the State of California.

8.) The Defendents Jim Shokey Youngstown, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

9.) The Defendants Hibachi Xpress, is incorporated

under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

10.) The Defendants Sumo Hibachi, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

11.) The Defendants Young Money Entertainment, is incorporated under the laws of the state of Miami, and has it principal place of business in the state of Miami.

12.) The Defendants Wasabi Japanese Steakhouse, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

13.) The Defendants American Storage, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

14.) The Defendants Apple Bee's Grille & Bar, is incorporated under the laws of the state of Ohio, and has its principal place of business is in the state of Ohio.

15.) The Defendants Cleveland Clinic Main Campus, is incorporated under the laws of the state of Ohio, and has its principal place of business in

state of Ohio.

16.) The Defendants Avis Car Rental, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of New Jersey.

17.) The Defendants Nike, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Oregon.

18.) The Defendants Little Ceasers Pizza, is incorporated under laws of the state of Ohio, and has its principal place of business in the state of Michigan.

19.) The Defendants Extended Stay America, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of North Carolina.

20.) The Defendants Charley's Cheesesteaks, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

21.) The Defendants Whole Food Market, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Texas.

22.) The Defendants Boost Mobile, is incorporated under the laws of the state of Ohio, and has its principal place of business, in state of California.

23.) The Defendants United States of America, is incorporated under the Union States, and has its principal place of business in the state of the District of Columbia.

24.) The Defendants UPS, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Georgia.

25.) The Defendants Red Roof Inn, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

26.) The Defendants 93.1 WZAK, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

27.) The Defendants U.S. Bank, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Minnesota.

28.) The Defendants Meta - Instagram, is incorporated under the laws of the state of California, and has its principal place of business in the state of California.

29.) The Defendants 1017 Records, is incorpor-

ated under the laws of the state of Ohio, and has its principal place of business in the state of pennslyvania.

31.) The Defendants Golden Corral, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of North Carolina.

32.) The Defendants Best Buy, is incorporated under the laws of the state of Ohio, and has its principal place of business in state of Minnesota.

33.) The Defendants T-Mobile, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Washington.

34.) The Defendants Samsung, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of California.

35.) The Defendants Cleveland Clinic Marymount, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

36.) The Defendants Days Inn, is incorporated under the laws of the state of Ohio, and has its principal business in the state of New Jersey.

37.) The Defendants Woodspring Suites, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Kansas.

38.) The Defendants Maybach Music, is incorporated

under the laws of the state of Tennessee, and has its principal place of business in the state of Tennessee.

39.) The Defendants The 740 Project, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of California.

40.) The Defendants Empire, is incorporated under the laws of the state of Illinois, and has its principal place of business in the state of Illinois.

41.) The Defendants Virgin Music Label, is incorporated under the laws of the state of California, and has its principal place of business in the state of California.

42.) The Defendants Capitol Records, is incorporated under the laws of the state of California, and has its principal place of business in the state of California.

43.) The Defendants Zomba Records, is incorporated under the laws of the state of New York, and has its principal place of business in the state of New York.

44.) The Defendants RCA Records, is incorporated under the laws of the state of New York, and has its principal place of business in the state of New York.

45.) The Defendants Interscope Records, is incorporated under the laws of the state of New York, and has its principal place of business in the state of New York.

46.) The Defendants Jive Records, is incorporated

under the laws of the state of New York, and has its principal place of business in the state of New York.

47.) The Defendants Def Jam, is incorporated under the laws of the state of New York, and has its principal place of business in the state of New York.

48.) The Defendants Bad Boy Records, is incorporated under the laws of the state of New York, and has its principal place of business in the state of New York.

49.) The Defendants Grand Hustle Records, is incorporated under the laws of the state of Georgia, and has its principal place of business in the state of New York.

50.) The Defendants Euro Gyro, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

51.) The Defendants Metro PCS, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Texas.

52.) The Defendants Kiku Japanese Steakhouse, is incorporated under the laws of the state of Georgia, and has its principal place of business in Georgia.

53.) The Defendants Roc Nation, is incorporated under the state of New York, and has its principal place of business in the state of New York.

54.) The Defendants Food Safety Net Services, is incorporated under the laws of the state of Texas, is incorporated under the state of Texas, and has its principal of business in the state of Texas.

55.) The Defendants Chic Fil-A, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Georgia.

56.) The Defendants Columbia Records, is incorporated under the state of New York, and has its principal place of business is in the state of New York.

57.) The Defendants Sony Music Entertainment, is incorporated under the state of New York, and has its principal place of business in the state of New-York.

58.) The Defendants 300 Entertainment, is incorporated under the laws of the state of New York, and has its principal place of business is in the state of New York.

59.) The Defendants Quality Control Music, is incorporated under the laws of the state of Georgia, and has its principal place of business in the state of Georgia.

60.) The Defendants Young stoner life Records, is incorporated under the laws of the state of Georgia, and has its principal place of business in the State of Georgia.

61.) The Defendants Epic Records, is incorporated under the laws of the state of New York, and has its principal place of business in the state of New York.

62.) The Defendants Warner Records, is incorporated under the laws of the state of California, and has its principal place of business in the state of California.

63.) The Defendants Atlantic Records, is incorporated under the laws of the state of New York, and has its principal place of business in the state of California.

64.) The Defendants Cash Money Records, is incorporated under the laws of the state of Lousiana, and has its principal place of business in the state of Lousiana.

65.) The Defendants Pizza Hut, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Texas.

66.) The Defendants Herzing University, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Wisconsin.

67.) The Defendants Mowtown, is incorporated under the laws of the state of New York, and has its principal place of business in the state of New York.

68.) The Defendants Royal Inn, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

69.) The Defendants Marcs, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

70.) The Defendants Fed Ex, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Tennessee.

71.) The Defendants Freddies, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Kansas.

72.) The Defendants Circle K, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Arizona.

73.) The Defendants A-1 Japan Steakhouse, is incorporated under the laws of the state of Ohio, and has its principal place of business in the state of Ohio.

74.) The Defendants Essentia, is incorporated under the laws of the state of Ohio, its principal place of business in the state of Minnesota.

75.) The Defendants Circle K, is incorporated under the laws of the state of Ohio, its principal place of business in the state of Arizona.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question           ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Art 120 Rape and sexual assault, Fraud and related activity in connection with device. 18 U.S.C. §1029 Conspiracy Against Rights 18 U.S.C §241.*

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

The plaintiff, *(name)* _Dennym Jackson_, is a citizen of the State of *(name)* _Ohio_.

    b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

The defendant, *(name)* _Charles Amann_, is a citizen of the State of *(name)* _Ohio_. *Or* is a citizen of *(foreign nation)* _____.

b.     If the defendant is a corporation

The defendant, *(name)* _Charlotte_, is
incorporated under the laws of the State of *(name)*
_Ohio_, and has its principal place of
business in the State of *(name)* _California_. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_of the damages Plaintiff endured and to deter_
_the cure of the Defendants criminal action._

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the injunction or
other relief sought.  State how each defendant was involved and what each defendant did
that caused the plaintiff harm or violated the plaintiff's rights, including the dates and
places of that involvement or conduct.  If more than one claim is asserted, number each
claim and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

_See additional pages_

**III.)** Plaintiff is entitled to damages such as actual, statutory, non-economic, economic, liquidated, nominal, incidental, special, consequential, treble, punitive, and exemplary. Defendants Apple, Boost Mobile, Verizon, Sorenig, T-Mobile, and Metro PCS conspired to deprive Plaintiff of rights and through these actions caused harm to Plaintiff by violating criminal statutes and civil torts. Defendants cloned Plaintiff's device on multiple occasions in 2020 and 2021 with intent to traffick, extort, intentional infliction of emotional distress, invasion of privacy, economic torts and furthering conspiracy. Defendants involvement in the conspiracy was the root in causing Plaintiff harm due to the fact the device sold to Plaintiff was used to fulfill and aid the criminal agendas. Defendants actions arose with malice and with the intent to oppress.

Plaintiff is entitled to damages such as actual, statutory, non-economic, economic, liquidated, nominal, incidental, special, consequential, treble, punitive, and exemplary. Defendants Chipotle, Subway, Steak and Shake, McDonalds, Hibachi Xpress, Wasabi, Apple Bee's Grill + Bar, Little Caesars, Pizza Hut, Charley's Philly Steaks, Euro Gyro, Kihei Japanese Steakhouse, Chic Fil-A, Golden Corral, Marcos, Speedway, and Furro Hibachi conspired to deprive Plaintiff of rights and through these actions caused harm to Plaintiff by violating criminal statutes and civil torts. Defendants tampered with Plaintiff's food to lace, incapacitate, and render her unconscious. Defendants committed these actions on multiple occasions in 2020 through 2022 with intent to corrupt with drugs, traffick, eradicate, tamper with consumer products, and further conspiracy. Defendants involvement in the conspiracy was to ensure the trafficking and stalking was aided properly for the criminal agenda to succeed. Due to the fact that this food given to Plaintiff played a major role in rapes and her mind state, these actions arose from malice with the intent to oppress.

Plaintiff is entitled to damages such as actual, statutory, non-economic, economic, punitive, consequential, incidental, special, liquidated, treble and exemplary. Defendants Days Inn, Royal Inn, Quality Inn, Extended Stay America, and Woodspring Suites conspired to deprive Plaintiff of rights and through their actions intentionally cause harm to Plaintiff by violating criminal statute, civil torts, and treaties. Defendants gave access to Plaintiffs room, persecuted, lynched, robbed, intimidated, and raped Plaintiff on multiple occasions from 2019 through 2022 with intent to trespass, extort, invade, and further conspiracy. Defendants involvement in this case was a necessity in the success of the rapes, obstruction of investigations, lynchings, and furthering the conspiracy. This caused Plaintiff caused injuries due to the fact that she sustained injuries arising from their malice and oppressive tactics. Defendants used their position and abuse of power to fulfill and aid criminal objectives.

Plaintiff is entitled to damages such as actual, statutory, non-economic, economic, punitive, consequential, incidental, special, liquidated, punitive, treble, and exemplary. Defendants United States of America, Whole Food Market, Best Buy, Amazon General, Food Safety Net Services, Get-Go, and Private Lab Results. Defendants obstructed Plaintiffs investigations and aided in furthering the conspiracy on multiple occasions from 2015 through 2022 with intent to commit murder, extort, trespass and terrorize Plaintiff. Defendants involvement in this case was the main function in concealing and ensuring the Defendants crimes went smoothly and undetected. This caused Plaintiff harm due to the fact she was injured and they attempted to worsen and conceal injuries and crimes arising from the conspiracy. Defendants malice, oppressive, lynching tactics, and their abuse of power to fulfill and aid in achieving the criminal objective.

Plaintiff is entitled to damages such as actual, statutory, non-economic, economic, consequential, incidental, special, liquidated, treble, punitive, and exemplary. Defendants Jiri Mosley Youngstown and Hertz Car Rental conspired to deprive Plaintiff of rights and through those actions caused harm to Plaintiff by violating criminal statutes and civil torts. Defendants aided in espionage, trafficking and attempted kidnappings and murders by tampering and putting GPS devices in Plaintiff's car by using trickery and deceit. Defendants goal was to ensure Plaintiff could not escape peonage and thus fulfilling their criminal objective. This caused Plaintiff harm due to the fact that she sustained injuries arising from their conduct, malice and oppressive tactics.

Plaintiff is entitled to damages such as actual, statutory, non-economic, economic, consequential, incidental, special, liquidated, treble, punitive, and exemplary. Defendants Nike, Young Money Entertainment, Meta - Instagram, 1017 Brick Squad, The 140 Project, Empire Distribution, Virgin Music Label, Maybach Music, Capitol Records, Zomba Records, RCA Records, Interscope Records, Jive Records, Bad Boy Records, Grand Hustle, Roc Nation, Hanging University, Chic Fil A, Columbia Records, Sony Music Entertainment 300 Entertainment, Quality Control Music, American Entourage, Young Money Life Records, U.S. Bank, YII, Epic Records, Warner Records, Atlantic Records, Cash Money Records, and Newtown conspired to deprive Plaintiff of rights and caused harm to her by violating criminal statutes and civil torts. Defendants extorted, trafficked, and conspired against Plaintiff since she was a minor. Defendants violated the economic torts, terrorism laws, inflicted intentional emotional distress and furthered conspiracy. Defendants involvement in this case was to influence and persuade others for their own personal gain. This caused harm to the Plaintiff due to the fact that she sustained injuries arising from their criminal violations, civil viola-

tious and oppressive tactics.

Plaintiff is entitled to damages such as actual, statutory, non-economic, economic, punitive, treble, liquidated, consequential, incidental, special, punitive, and exemplary. Defendants Fed Ex and UPS aided in sex trafficking, extorting and conspiring against Plaintiff. Defendants involvement in the conspiracy included was a necessity to keep track of Plaintiff for their own personal gain and aided in the services of rapes, robberies and lynchings. This caused Plaintiff harm due to the fact that Plaintiff sustained injuries arising from their oppressive tactics to fulfill criminal objective.

Plaintiff is entitled to damages such as actual, statutory, non-economic, economic, punitive, treble, liquidated, consequential, incidental, special, punitive, and exemplary. Defendants Charles Auvin Esq., Cleveland Clinic Playground and Cleveland Clinic Playground conspired against Plaintiff to deprive her of rights and caused harm to Plaintiff by violating criminal statute and civil torts. Defendants aided trafficking, terrorism and lynched Plaintiff for their own personal gain and criminal objective. Defendants involvement in this case was to silence Plaintiff and aid in eradicating and terrorizing her. This caused Plaintiff harm due to the fact that she sustained injuries arising from their criminal violation and tactics of oppression.

Plaintiff is asserting the claim of "Manufacture, distribution, possession, and advertising of wire, oral, or electronic communications intercepting devices prohibited" in this civil case. Plaintiff asserted this claim due to the fact that the Defendants manufactured, assembles, possess and sold electronics, mechanical, or other devices knowing the design of device renders primarily useful for the purpose of surreptitious interception of wire, oral and electronic communications. Defendants used cloned devices, mechanical possessions and other electronics to intercept Plaintiffs life for their own personal gain.

Plaintiff is asserting the claim of "Interception and disclosure of wire, oral, or electronic communications prohibited" in this civil case. She asserted these claims due to the fact that the Defendants intentionally intercepted Plaintiffs wire, oral and electronic communications. Defendants used cloned, tampered with and bugged devices to commit this act to further conspiracy and scheme.

Plaintiff is asserting the claim "theft of trade secrets" in this civil case. She asserted these claims due to the fact that the Defendants stole, without authorization by fraud and deception Plaintiffs trade secrets. Defendants received, bought, and possessed duplicates, draws, photographs, downloads, and uploads without authorization. These actions were committed in an ongoing conspiracy.

Plaintiff is asserting the claim "Fraud and related activity in connection with access devices" in this civil case. She asserted this claim due to the fact that the Defendants conspired to and committed actions such as accessing Plaintiffs devices knowingly with intent to defraud without authorization. Defendants solicited other persons for the purpose of cloning Plaintiffs device.

Plaintiff is asserting the claim "Forced labor" in this civil case. She asserted this claim due to the fact that the Defendants knowingly provides and obtains the labor or services of a person by force, threats, and physical restraint. Defendants caused and threatened serious harm to Plaintiff for the purpose of forced labor. Plaintiff was raped, beat, and robbed for their personal gain. Defendants even used abuse of legal process to further plan and scheme in which Plaintiff noticed a pattern in which if she did not do what Defendants by instructing she will be harmed. Defendants committed these actions to fulfill criminal objective.

Plaintiff is asserting the claim that her first amendment was violated in this civil case. She asserted this claim due to the fact that the Defendants knowingly prohibited the free exercise and abridged Plaintiffs freedom of speech. Defendants attacked, robbed and retaliated against Plaintiff for exercising her rights. Defendants committed these actions to fulfill their criminal objective.

Plaintiff is asserting this claim "sodomy" in this civil case. She is asserting this claim due to the fact that the Defendants engaged in unnatural carnal copulation and penetrated Plaintiff. Defendants conducted this act in jails, hotels and houses in an ongoing sex trafficking scheme.

Plaintiff is asserting this claim "broadcasting obscene language" in this civil case. She asserted this claim due to the fact that the Defendants uttered obscene, indecent, and profane language towards Plaintiff by means of radio communications. Defendants committed these actions

for the reasons previously listed for their own personal gain.

    Plaintiff is asserting the claim of "Conspiracy to corrupt an offense or to defraud the United States" in this civil case. She asserted this claim due to the fact that the Defendants conspired to corrupt offenses against Plaintiff and committed acts effecting the object of the conspiracy. Defendants aided and furthered conspiracy by doxxing her devices, stalking, obstructing the investigation, depriving of rights, and terrorizing Plaintiff. This was done for the Defendants own personal gain.

    Plaintiff is asserting the claim of "Telecommunications fraud" in this civil complaint. She asserted this claim due to the fact that the Defendants devised a scheme to defraud Plaintiff and knowingly spread by wire, radio, telecommunications types of writing, data, sign, signal, picture and image with purpose to defraud and further scheme. Defendants used this cloned device as a tool to ensure the deprivation of rights to fulfill criminal objective.

    Plaintiff is asserting the claim of "Engaging in a pattern of corrupt activity" in this claim. She asserted this claim due to the fact that the Defendants created a pattern of corrupt activity to collect an unlawful debt. Defendants directly and indirectly had control of interest in criminal enterprises to extort, trafficking and conspire against Plaintiff. The pattern identifies Defendants actions in a pattern of corruption to fulfill criminal objective.

    Plaintiff is asserting the claim of "Tampering with or fabricating physical evidence" in this claim. She asserted this claim due to the fact that the Defendants knew of criminal and civil case pending and altered, destroyed, concealed, removed records and documents with purpose to impair its verity or availability in such proceeding or investigation. These actions were committed to fulfill the criminal agenda.

Plaintiff is asserting the claim "Terrorism" in this civil case. She asserted this claim due to the fact that the Defendants intimidated and coerced a civilian population and Plaintiff. This was achieved by Defendants actions and by threating tactics to control Plaintiff and persuade others to achieve their criminal objective. Defendants used this violation to aid in conspiracy and trafficking.

Plaintiff is asserting the claim "Receiving the proceeds of extortion" in this civil case. She asserted this claim due to the fact that the Defendants received and possessed property such as currency that was unlawfully obtained from the commission of extortion. Defendants committed these acts and violations in an ongoing conspiracy.

Plaintiff is asserting the claim "Peonage; obstructing enforcement" in this claim. She asserted this claim due to the fact the Defendants held and returned Plaintiff to a condition of peonage and also arrested her with the intent of placing and returning her to a condition of peonage. Defendants also attempted and orchestrated kidnappings, murders and sexual abuse upon Plaintiff with intent to return to peonage for their own personal gain. Through obstruction Defendants interfered with and prevented the enforcement of this law.

Plaintiff is asserting the claim "Abnormally Dangerous Activity" in this case. She asserted this claim due to the fact that the Defendants actions were not of common usage and created a foreseeable and highly significant risk of physical harm even when Plaintiff exercised reasonable care and Defendants exercised reasonable care. Defendants committed this violation for their own personal gain.

Plaintiff is asserting the claim "Theft of trade of secrets" in this civil case. She asserted this claim due to the fact that Defendants stole without authorization by fraud and deception Plain-

tiff's trade secrets. Defendants used deception to clone, tamper and hack into Plaintiff's lines to receive, buy, and possess her trade secrets for their personal gain and attempted to further this conspiracy on multiple occasions. Defendants committed many acts that effected this conspiracy for their own personal gain. These organizations used and knew they were stealing Plaintiff's sketches, draws, photographs, downloads, and uploads.

Plaintiff is asserting the claim "tampering with consumer products" in this civil case. She asserted this claim due to the fact that the Defendants with intent to cause injury to Plaintiff tainted her consumer products. Defendants knowingly threatened Plaintiff under circumstances in which the threat may reasonably be believed on multiple occasions. Defendants conspired to rape to date rape Plaintiff for their own personal gain and sexual gratification, achieving their criminal objective.

Plaintiff is asserting the claim "solicitation to commit a crime of violence" in this civil case. She asserted this claim due to the fact that the Defendants intended that another person engages in conduct constituting a felony such as raping, murdering, and selling Plaintiff. These violations fall under the United States laws and can be identified with strongly corroborative intent, solicit, commands, induces and persuaded others to engage in the conduct to fulfill criminal agenda."

Plaintiff is asserting the claim "rape and sexual assault" in this civil case. She asserted this claim due to the fact that the Defendants committed a sexual act upon Plaintiff by making a fraudulent representation that the sexual act serves a professional purpose. Defendants conducted Quid Pro Quo sexual harassment by offering Plaintiff's sexual favors and other violations for her success and freedom. This was an attempt to fulfill the sex trafficking and pimping criminal objective.

"Plaintiff is asserting the claim of "Conspiracy Against Rights" in this civil case. She asserted this claim due to the fact the Defendants conspired to injure, oppress, threaten, and intimidate Plaintiff out the enjoyment of her rights and privileges served to her by the constitution and laws. Defendants deprive Plaintiff of all rights to insure securities and safety, Plaintiff is obstructed. Defendants used these violations to act in trafficking and conspiracy.

Plaintiff is asserting the claim of "Deprivation of employment or other benefit" in this civil case. She asserted this claim due to the fact that the Defendants directly and indirectly caused Plaintiff to make contribution and service for the benefit of political parties by denying her of rights, privileges and laws. Defendants in an ongoing conspiracy lynched and disapproved Plaintiff of human rights and securities for their own personal gain and agenda.

Plaintiff is asserting the claim of "Provocation or facilitation of prostitution and reckless disregard of sex trafficking" in this civil case. She asserted this claim due to the fact that the Defendants owned, managed, and operated an interactive computer service in an ongoing conspiracy and promoted the prostitution of Plaintiff. Defendants also acted in reckless disregard of the prostituting of Plaintiff for their own personal gain.

Plaintiff is asserting the claim of "invasion of privacy" in this civil case. She asserted this claim due to the fact that the Defendants intruded upon Plaintiffs seclusion or solitude, publicly disclosed embarrassing private facts about Plaintiff, used the publicity to place Plaintiff in a false light in the public eye, and used appropriation for the Defendants advantage of Plaintiffs name, likeness and image. Defendants cloned, bugged, and invaded Plaintiffs house, devices, and cars

B. What date and approximate time did the events giving rise to your claim(s) occur?

_In 2018 on July 6 and July 9 the first event occurred to give rise to conspiracy claim. This violation of Plaintiffs Sixth Amendment right shed a light on the injustice and criminality behind Defendants actions._

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_The facts underlying the claim are Defendants used violations of rights to aid and further the sex trafficking and situation of Plaintiff. Defendants administered the drugging, criminal sabotage, attacks, and solicitation furthering the conspiracy upon Plaintiff._

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

_Defendants have caused irreparable injuries to her brain, sexual organs, reputation, property, life and well being._

## V. Relief

State briefly and precisely what relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

# IV.) Relief -

Plaintiffs basis for claiming that the wrongs alleged are continuing at the present time is the corruption, violation of rights, occurred violations, civil violations, and proof of injuries support the theory of the RICO and conspiracy. Plaintiff can confirm and identify events, facts and corroborative evidence that supports her factual allegations. Therefore validating her case by shedding a light on Defendants criminal objective in accordance for their own personal gain, benefit, and gratification. It is not an coincidence that these actions and wrongs coincide with eachother and also coincide and meet the requirements of a RICO and Conspiracy.

In which the preponderance of the evidence in this civil case convinces the fact finder that there is more than a 50% chance that the claim is true. In this case a guilty verdict is more likely to be found than not guilty when weighing the evidence and possible inferences. This is due to the fact that Defendants are currently using Plaintiff and controlling her devices, and this can be proved. There are also obvious corrupt violations occurring coincidentally, this can be identified and proved. Plaintiff can also identify attempts to cover up and conceal

these horrendous and malicious curses, in which most attempts have succeeded. Defendants are also tampering with, lacing, and corrupting Plaintiffs food with drugs and bullying and harassing Plaintiff to kill herself.

Plaintiff is claiming 800 billion for actual damages from the acts alleged. Plaintiff was born a slave, property, experiment, and a meal to the government, music industry, underworld, fashion industry, and anyone or business who used these types of marketing as a tool and relied on creativity. Plaintiff is claiming punitive and exemplary in the amount of 100 billion. Plaintiff is claiming this amount according to what the Defendants received in return for trafficking Plaintiff illegally which is money, success, fame, and power. Due to their earnings and return on the scheme being so high, risk so low, and beneficial they may still attempt to commit these crimes. To deter this conduct and ensure them lose what they gained from Plaintiff she is attempting to make it unless to commit. This whore is for sexual gratification and personal gain. If they can no longer trade Plaintiff it is less likely she will be raped or roofied, she will no longer be able to reenergized through her body and or genius. Defendants will less likely commit this curse again

if they suffer monetarily, in which that is a co-
mponent in this scheme such as enriching
themselves.

_____

_____

**VI.**   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  05/31/22

Signature of Plaintiff

Printed Name of Plaintiff   _Heaven Jackson_

**B.**   **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney          _____

Printed Name of Attorney    _____

Bar Number                          _____

Name of Law Firm               _____

Address                                 _____

Telephone Number              _____

E-mail Address                     _____

## Introduction

1.) Plaintiff Heaven Jackson brings this claim alleging fraud, conspiracy to deprive of rights, treason, terrorism, invasion of privacy, sex trafficking and tampering with consumer products. There were multiple acts of violence committed upon Plaintiff by Defendants, including child molestation, and multiple rapes as well as being raped inside of Summit County Jail.

Defendants violated the Federal Racketeer Influenced and Corrupt Organizations act (18 U.S.C. § 1964) ("Federal RICO") The RICO was passed by Congress

14  with the purpose to eradicate organized crime in

15  the United States. Russelo v. United States 464

16  U. f. 16, 26-27, 104 f. Ct. 296, 502-503, 78 f.

17  Ed. 2d 17 (1983); United States v. Turkette, 452

18  U. f. 576, 589, 101 f. Ct. 2524, 2532, 69, f.

19  Ed. 2d 246 (1981)

20          Their actions also constituted violations

21  of the Civil Rights conspiracy statute (42.

22  U. f. C. §1985) amended from the Ku Klux -

23  Klan Act in 1871. The purpose for the conspiracy

24  statute legislation purpose was "the prevention

25  of deprivation which shall attack the equality of

26  rights of America citizen -

27 ens." Cong. Globe, 42d Cong. 1st fess. 478 (1871)

28 The original purpose of section 1985 was to

29 allow federal judicial enforcement of the

30 court to conspiracies of whites who interf-

31 ere with racial justice and equality in

32 the country of America.

33      II.) Defendants are aiding through

34 implied intent, general intent, specific intent,

35 mens rea intent, had reform a conspiracy.

36 On the conspiracy, each party intends to

37 stop Plaintiff from being free, escaping

38 involuntary servitude and sex trafficking.

40 This is done by depriving Plaintiff of

41 of human, political, social, economic, natu-

42 ral and legal rights. Through influence

43 and their actions gartin disclosed existence

44 of the conspiracy and exploitation of Plain-

45 tiff.

46       This includes ostracizing Plaintiff

47 for allegations she made of corruption, "wat-

48 ching", and reporting errors involved in conspi-

49 racy.

50       Plaintiff is also persecuted and

51 it arises from her being sex-trafficked, sex-

52 ual orientation, race, religion and institutional

53 capacity.

54    Defendants rely on Plaintiffs

55    skills and body to fullfill purpose of ex-

56    tortion and sex trafficking. This is done

57    by intimidating and cyber stalking her

58    through electronic devices, writings, espionag-

59    e, and other means necessary to keep track

60    of Plaintiff. This illegal exposure and

61    humiliation ruined public matter for the

62    Plaintiff causing abuse and violations.

63    III) Throughout the conspiracy D-

64    efendants violated criminal statutes, constit-

65    utional rights, torts, ethics and treaties which

66    instantly and later caused Plaintiff econo-

67 ive injuries and damages.

68        In addition to the violations, the

69 scheme has precluded corrupt public offi-

70 cials to ensure the criminalization and sab-

71 otaging of the Plaintiff through covert

72 tactics furthering conspiracy under color

73 of law. By use of authority, position and

74 abuse of power they caused and influenced

75 used other parties to attack and conduct

76 quid pro radical harassment directly and

77 in innuendo. Because of this, Plaintiff

78 is subjected to physical, mental, and spir-

79 itual abuse. Plaintiff is denied the substant-

80  ial justice standard due to the public off-

81  icials actions. Because of damage Plaintiff

82  became distressed and a decline in her

83  health occurred.

84      V.) This claim asks that all defen-

85  dants be jointly and severally found

86  liable to the extent of treble damages in-

87  curred by Plaintiff due to the defendants

88  unlawful activity, including investigative

89  fees and cost spent pursuant to Federal

90  and Ohio statutes substantial discovery has

91  already occurred concerning this scheme.

92      IV.) The U.S. Constitution empowers

93 any person to file a suit against anyone

94 who violates them. Also anyone who performs

95 prohibited actions, aids or abets such an action

96 or intends to do any of these violations and

97 or actions. After proving the preponderance

98 Plaintiff can receive a injunction that

99 prevents defendants from engaging in

100 these activities. Therefore she is entitled to 5-

101 00 Billion in "statutory damages, compensa-

102 tory damages, punitive damages, declatory relief,

103 future occurrences, treble damages, consequent-

104 ial damages, incidental damages, nominal

105 damages and penalties" as remedies for

106 defendants flagrantly infringing the common

107 law right of Plaintiff and violat-

108 ing Federal and State codes. This is in

109 tended to deter its intents on preventing

110 the United States and corporations from

111 remitting such violations and for Plaintiff

112 irreparable harm. Due to the conflict of inter-

113 est with American judges and their people,

114 Plaintiff is asking for a judge from another

115 country or the United Nations who has not

116 been involved in the crime or aware of it

117 who is equipped in common law and all

118 rights to a human.

The Parties

119

120    1.) Plaintiff Heaven Jackson is

121  a entrepreneur, herbalist, artist and a jour-

122  ... activist. She is also attending college full

123  time at Herzing University.

124    2.) Defendant United States of Amer-

125  ica is a country.

126    3.) Defendants Apple, Verizon, Boost-

127  Mobile, Metro PCS, At & t and Samsung are

128  telecommunication corporations.

129    4.) Defendant Best-Buy is a mul-

130  tinational consumer electronics retailer.

131    5.) Defendants Stark and Drake, fut-

132. way, Hibachi Xpress Brown, Apple Bee's

133. Grille & Bar, Chipotle Mexican Grille, Jumo

134. Hibachi Sushi; McDonalds, Kiku Japanese Ste

135. eakhouse, Euro Gyro, Little Caesar Pizza, Chic

136. Fil A, Long John Silver, Charley's Cheesteaks and

137. wings, Golden Corral, Wasabi Japanese Steakhous-

138. se, Bar, Ex, Pizza Hut, Dairy Queen, and

139. European Chinese Restaurant and Buffet are

140. fast food restaurants operating as corporations.

141.      (e) Defendants Z 107.9 Cleveland's

142. Hip Hop and K.S.B 93.1 WZAK, and

143. WZJP 88.1 are radio stations broadcast-

144. ing to Northeast Ohio.

145    7.) Defendants, Fed Ex and UPS, are

146  American multinational conglomerate hold-

147  ing companies focused on transportation,

148  e-commerce, and services.

149    8.) Defendants CPR Cell Phone

150  Repair is a electronic Repair shop.

151    9.) Defendants Whole Food Market is

152  a natural and organic grocery items, housewares

153  and other products.

154    10.) Defendants Extended Stay America,

155  Royal Inn, Red Roof Inn, and Woodspring

156  Suites are motel chains operating as corporate
      Quality Inn

157  terms.

158    11) Defendants Cleveland Clinic Mercy-

159 mount and Main Campus are academic

160 medical centers that provides clinical and

161 hospital care.

162    12) Defendants Meta-Instagram is the

163 corporate owned "Facebook" which is a social

164 media platform.

165    13) Defendant Getgo is a convenient store

166 chain owned and operated by Giant Eagle.

167    14) Defendant Ohio is a State in the

168 Mid-Western region of the United States.

169    15) Defendants Fox Nation, Def Jam,

170 Cash Money Records, The 140 Project, Atlan-

171    16.) Defendants Ohio is a state in the

172    Midwestern region of the United States.

173    17.) Defendants New York is a state in

174    the metropolitan area on the East Coast region

175    of the United States.

176    18.) Defendants Roc Nation is an enter-

170    tainment agency founded by Jay-Z.

178    19.) Defendants Def Jam is a multi-

179    national record label owned by Universal

180    Music Group.

181    20.) Defendants Cash Money Records

182    is an American record label.

183    21.) Defendants The 140 Project is

184    a music marketing firm and recording la-

185    bel

186       22.) Defendant Atlantic Records is an

787    American Record Label

188       23.) Defendant Interscope Records is

189    an American record label owned by Uni-

190    versal Music Group through its interscope

191    Geffen A&M imprint.

192       24.) Defendant Young Money Ent-

193    ertainment is an American record label.

194       25.) Defendant Empire is an Amer-

195    ican distribution company and record label.

196       26.) Defendant Virgin Music Label

197  & Artists is a music distributor of independ-

198  ent artists and record labels, owned by

199  Universal Music Group.

200       27.) Defendant Columbia Records is

201  an American record label owned by

202  Sony Music Entertainment.

203       28.) Defendant Capitol Records is

204  an American record label.

205       29.) Defendant RCA records is an

206  American record label

207       30.) Defendant Jive Records is an

208  American record label

209       31.) Defendant Genta Group of Comp-

210 anies was a music group and domain own-

211 ed by and operated under Sony Music En-

212 tertainment.

213      32.) Defendant Grand Hustle Records

214 is a Hype-Hype record label

215      33.) Defendant Bad Boy is an Am-

216 erican Record label

217      34.) Defendant Warner Records is an

218 American record label.

219      35.) Defendant Quality Control Music

220 is an American hype hype record label

221      36.) Defendant 300 Entertainment

222 is an American record label.

223    37.) Defendants Montown is an America

224    n record label

225    38.) Defendant Sony Music Entertainment

226    is an American multinational music company

227    39.) Defendants Young Stoner Life

228    Records is a record label.

229    40.) Defendants Epic Records is a

230    record label

231    41.) Defendants 1017 Records is an

232    American founded record label.

233    42.) Defendants Maybach Music Group

234    Records Label imprint.

235    43.) Defendants Asylum Records is

235  an American Record label.

236      44.) Defendants Blow Money Records

237  is an American Record label.

238      45.) Defendants Jim Shorkey Youngs-

239  town is a business that sells new or used

240  cars at retail level.

241      46.) Defendants Avis Car Rental is a

242  corporation that rents automobiles for short

243  periods of time to the public.

244      47.) Defendants Private Lab Results

245  is a food testing service.

246      48.) Defendants Food Safety Net Ser-

247  vices are food testing services.

248                    Jurisdiction and Venue

249                    1) This court has jurisdiction over

250    the subject matter and parties pursuant

251    to 28 U.S.C. 1331 - The statutory Congress

252    enact due to this claim arising from

253    Federal law. As this case involves quest-

254    ions of federal law.

255                    2) The District courts has origi-

256    nal jurisdiction of all civil actions where the

257    matter in controversy exceeds the sum or

258    value of 75,000 exclusive of interest and

259    costs and in between pursuant 28 U.S.C

260    §1332 (a)(1)

261    3.) This court also has jurisdiction

262 pursuant to 28 U.f.C §1343 because P-

263 laintiff is seeking damages for violations

263 of her civil rights.

264    4.) The court has jurisdiction over

265 the case pursuant 28 U.f.C §1332 as

266 it arises from RICO's civil damage pro-

267 visions, 18 U.f.C §1964 and other federal

268 laws.

269    5.) This court also has personal jur-

270 isdiction over all of the defendants under

271 18 U.f.C 1965 (b). This court may

272 exercise nation-wide jurisdiction over

273 named defendants where the "code of pra-

274 tice" require national service.

275      6) 18 U.S.C. § 1964 (a) grants juris-

276 diction to prevent and restrain violat-

277 ions of section 1962 of this chapter by is-

278 suing orders, ordering any person involved di-

279 rect or indirect, in any enterprise... there-

280 ore making due provisions for the rights

281 of innocent persons.

282      7) Venue for this count under the

283 RICO violations were intended to cause

284 damages to Plaintiff in this district and

285 did so.

276    8.) Venue is in this district

277    pursuant to 28 U.S.C. §1391 (a)(1),(b)

288    (2), (e)(1) and 18 U.S.C. §1965 because sub-

289    stantial part of the events or omissions

290    giving rise to a claim occurred in this di-

291    strict and each Defendants transacted affair-

292    s and conducted activity that gave rise to

292    the claim of relief in this district.

293    Factual Allegations

294    II.) The history of serious and various w-
       ithin the city of Akron, State of Ohio, United
295    States of America and police divisions that co-
       incide with this claim.

296    1.) Throughout most of history,

297    rape was not viewed as a crime because

298 women were considered property, and, there-
299 fore without right. Forcible seizure and
300 rape were accepted methods of choosing a
301 wife in early history — and, in some cultures,
302 this still occurs.

303          2) In most cultures, marriages were
304 arranged when the groom purchased the bride
305 from her father or parents. Rape was initially
306 if considered a crime only in terms of the
307 property violation of another man. Very often
308 the raped women would be punished as an
309 adulteress, often defiled and stoned to death.

            3) To achieve legal justice, a vic-

25

310  tive had to born into the priviledged class:

311  "... if a member of the feudal class

312  committed his crime against anyone oth-

313  er than the King or Great Lord, he was

314  fairly safe from prosecution or at lea-

315  st punishment." A raped woman had to

316  be wealthy or a virgin to have legal

317  recourse against her attacker.

318        6.) The issue of rape, race, wome-

319  en and slavery was also addressed by

320  a significant supreme court case, M-

321  issouri v. Celia in 1855. The decision

322  of course is a travesty - a black slave

woman is declared to be property of her
owner with no right to defend herself ag-
ainst his rape of her.

4.) The womens rights convention
of 1848 solidified this due to men att-
empting to silence women at the earlier
Anti-Slavery convention.

5.) The issue of rape, race, women
and slavery was also addressed by a
significant Supreme Court Case, Missouri
v. Celia in 1855. The decision of course
is a travesty — a black slave woman
is declarede to be property of her owner

336 with no right defend hiself against this

357 rage of him.

338          Racism and White Supremacy

339          6.) The current County chapter of

340 the Ku Klux Klan reported having 50,-

341 000 members making it the largest loc-

342 al chapter in the country during the

343 20th century.

344          7.) KKK from Dayton, Ohio par-

345 aded in Springfield Ohio on September

346 8, 1923 History shows Ohio was a haven

347 for the KKK White Supremacist soci-

348 ety. African voters elected Klan mem-

28

349 has to serve as mayor, sheriff, county

350 commissioners, and school board members

351      8) There was a former KKK

352 headquarters in Akron Ohio 44305 in

353 1952.

354      9) Akron Ohio hit its peak ans-

355 ured the civil rights era in 1960 of

356 290,351 residents, with a ranking of

357 45th in the United States. In 1964 Ohio

358 voted Democratic but, they still refused

359 to integrate or even respect blacks rig-

360 hts. The hostility ensured even after Fed-

361 eral legislation abolished them to do so.

362 This lead to Ohio voting Republican

363 the next few terms, in which they

364 aggressively supported segregation upon

365 races by Whites and Republicans. This

366 was while still refusing to treat Africa-

367 n Americans equally in the states.

368     a.) Ohio did not fully integrate

369 until 1986. Dayton was the last city to

370 be released from the last segregation or-

371 der in 2002.

372     Assasination of Black
       Leaders

373     10.) During the civil rights era,

374 civil rights activists and leader Martin

375 Luther King Jr. advocated for equality

376 and ending the national malfeasance of

377 race hatred in America. (in which "w"-

378 hite supremacists" and or "Whites" sign

379 posted, that was not simply irrational

380 but, a violation of peoples humanity. He

381 enlightened men and women who failed

382 to see injustice and humanity of segreg-

383 ation. These laws revealed to King that

384 White supremacy was not just a southern

385 condition, but an international imperial-

386 istic and global racist system.

387      2) John Carlos and Tommie Sm-

388 ith exercised their first amendment

389 right of free expression to protest they

390 were attacked for their peaceful action.

391 They were sent home from games (ex-

392 cluded) and any other athletes who join-

393 ed would receive punishment.

394        b.) These athletes were thin shu-

395 ssed in American, received hate mail

396 and death threats, discussions of stripping

397 of medals earned, struggled to find good

398 jobs, marriages suffered strain and even

399 their children were bullied and employ-

400 ees shied away from them.

401  11#) During this time the country,

402  racists and the FBI used counter pro to

403  infiltrate, discredit, surveil and disrupt

404  the main civil rights leader Martin L-

405  uther King which illegally scrunchilized

406  him and led to his death.

407      a.) The misconduct of President

408  Hoover and the FBI was coming to

409  light Hoover ordered surveillance, wireta-

410  pes and other devices placed in Kings act-

411  ivism of the FBI for not having black

412  agents or investigating civil rights cases.

413      b.) They went to extensive lengths

413 to retrieve recordings and photos of King

414 having sex. The FBI exposed his sex

415 life often to reporters and other govern-

416 ment officials often by Hoover himself,

417 and even sent them to Kings associates.

418 Hoover once told a group of reporters, on

419 the record, that King was "the most

420 notorious liar in the country."

421        c.) Eventually, the FBI sent

422 King an letter along with some of their

423 tapes, suggesting that he kill himself.

424 They would go inside these hotels bef-

425 ore King and his associates got there

426 and management would let them in

427 the rooms next door. This was an all

428 out assault and attack on a innocent

429 person for his beliefs and first amend-

430 ment. Although he was innocent of all

431 crimes, any time he went to a new

432 city, the agenda was for the FBI agents

433 to get there to start to monitor and

434 investigate King.

435       12.) Martin Luther King Jr held a

436 "poor peoples speech," preaching group

437 economics for poor peoples and how

438 to spend the black dollar. This took

439 placed on April 3, 1968.

440        13) Martin Luther King was

441 then assassinated on April 4, 1968.

442        14) Earl Ray's sudden guilty plea

443 stopped all official investigations.

444        present wave of rape culture

445        15) In the 1970s, rape culture was

446 coined to describe the environment in wh-

447 ich sexual assault is normalized and

448 accepted. It is designed to show the w-

449 ays in which society blames victims

450 of sexual assault and normalize male

451 sexual violence.

452    16.) Employment of women became

453  more socially acceptable. At the same tim

454  e, the emerging women's movement r-

455  aised the issue of women's "second cla-

456  ss status" own relegation to working and

457  non-working roles that were less valued,

458  not as profitable, less divine and outside

459  of the power and decision-making contr-

460  olled by men, disportionately white men.

461  This changed our society's definition of

462  gender roles and our thinking about the

463  value of females lives.

464          17.) The work that needed to

465 be done to stop the rape of women and

466 lift us from the physical, psychological

467 and institutional brutality of second class

468 citizenship became crystal clear when wo-

469 men spoke about the rape in their lives.

470 In January 1971 the New York radical

471 feminist held a speak out on rape at

472 St Clements Church in New York City

473 and Chicago stating that:

474          a) Rape violently reflects the ses-

475 ion in a society where power is unequ-

476 ually distributed between women and men,

477 black and white, poor and rich ... In

(38)

478  rape, the woman is not a sexual being

479  but, a valuable piece of public proper-

480  ty; the man does not violate society's

481  norms so much as take them to a log-

482  ical conclusion. Survivors named those

483  who blamed them for rape: law enforce-

484  ment officers, prosecutors, their partners,

485  friends, authors of literature, scholars of

486  law, newspaper reporters, sports figures,

487  and their family.

488           Racism and fenim within
                      the Police Force

489           18.) There are now 72 black off-

490  icers in Akron ~~representing~~ representing less than

491 16 percent of the force. Out of the 462

492 officers 80 percent are white and only

493 44 are women.

494      a.) Here justifying the tensions be

495 tween white police and black communities

496      19.) White officers are significantly over

497 represented in managerial, commander posi-

498 tions, and in specialized units of the

499 police division where assignments are cons-

500 idered, especially desirable as reincorporated

501 in lines 254 through 256 and 295

502 through 297.

503      20.) According to the U.S. Bureau

504 in Ohio, since 1990 the black incarcerat-

505 ion rate has increased by 14 percent.

506 In 2015, black people were incarcerated

507 at 3.5 times the rate of white people.

508     a.) Since 1978, the black incar-

509 ceration rate has increased 125 percent

510 In 2017, black people were incarcerated

511 at 3.5 times the rate of white people.

512     b.) The number of women in Ohio

513 prisons has increased more than eight

514 fold, from 538 in 1978 to 4,426 in

515 2017

516     21.) In each of the years, African

41

517  Armenians were significantly more likely to

518  be stopped, searched and arrested than

519  caucasian residents, but were significantly
~~insignificantly~~

520  less likely to be found with contraband.

521          a.) foretimes these stops stemmed

522  from false reports and false leads.

523          b.) Cases reported details, at great

524  lengths, examples of disparate racism

525  and treatment from the Ohio police divi-

526  sion, especially Akrons.

527          12.) It is evident of explicit

528  expressions of racial prejudice prevalent

529  within the membership of the Police

(42)

530 Department.

531  2) Based on information, incident-

532 s and belief from media reports, there

533 are White supremacists on the Ohio Police

534 Force.

535  13) A White police Chief left a

536 "Ku Klux Klan" note on a black officers

537 raincoat. This took place in Ohio where

538 this black officer was targeted by the

539 Chief for being the first black officer to

540 work there. The Chief responsible went by

541 the name "Campo" was on the force

542 for 30 years.

(43)

543           a.) He also had history of discr-

544 imination against other people in the office

545 based on their gender, sexual orientation and

546 race.

547        21.) These eight communities - Mac-

548 edonia, Tallmadge, Richfield, Springfield, Pen-

549 insula, Copley, New Franklin and Munroe

550 Falls - have no black officers.

551        22.) There are 11 active racists and

552 racists hate groups active in Ohio.

553        a.) In May 2019 an Indiana KKK

554 group held a rally at courthouse square in

555 Dayton, Ohio.

557             6.) a KKK affiliate stated that they

558 should focus on "homosexuality and segre-

559 gation".

560            II.) Defendants history of corruption

561 in Ohio and United States, ties with criminals

562 in the mafia through gangs, conspiracies and

563 their tactics of abuse of power under color of

564                               law.

565           1.) Co unincorporated in briar thorny

566 h . A civil suit was filed in 1999 to

567 force more information into the public eye.

568 A jury ruled that local, state and fed-

569 eral governments were liable for King

(45)

570   death.

571          a.) It is stated that "there is a ab-

572   sent evidence of a major, high level con-

573   piracy in the assumption."

574          2.) Ohio Gang - A group of politicians

575   who achieved high office during the presi-

576   dential administration of Warren H. Hard-

577   ing and who betrayed their public trust

578   through a number of scandals. As a result

579   of the investigations:

580          a.) Charles R. Forbes was indicted and

581   later with fraud, conspiracy, and bribery in

582   operating the Veterans Bureau.

46

583        b.) The leader Henry M. Daug

584 herty who was the principal manager of

585 Harding was indicted for conspiracy charges

586 and illegal pardons. He was then forced

587 resign.

588        c.) Albert B. Fall was indicted

589 and convicted and imprisoned for his role

590 in the "Teapot Dome" scandal and the

591 "Elk Hills oil scandal, becoming the

592 first members of a president cabinet to be

593 convicted of a felony while in office.

594        d.) In 1921 the FBI had raid-

595 ed boot leggers, in which they collected

596 "protection money"

597      3) Former Akron, Ohio Police Captain

598 discovers Department conspiring for his wron-

599 gful conviction - he was framed by most

600 of the Akron Police Departments command-

601 ing officers and investigator for the murder

602 of his ex-wife.

603      a) In the conspiracy they fabricat-

604 ed false reports, various acts of police mis-

605 conduct such as "manipulation of witnesses,

606 fabrication, destruction and suppression of

607 evidence, as well as perjury at his 1998

608 Summit County jury trial"

48

609    b.) With Akron as a defendant

610  and charging unnamed city officials, by the

611  in policies and practices at the time of the

612  crime allowed the alleged conspiracy to flour-

613  ish as the "moving force behind the num

614  erous constitutional violations in this case..."

615              c.) After serving nearly 15 years

616  of a life sentence for aggravated murder,

617  Prade was freed on January 28, 2013 by

618  a Summit County Judge's decision declaring

619  him innocent of the slaying.

620              d.) This overturn arose from new-

621  ly based evidence from DNA test in which

(49)

622 Akron conspired to conceal. Akron incorrectly

623 performed residue test therefore unable to

624 retrieve results. There was no gun shot res-

625 idue on his hands. There was also evidence

626 of her killer at the scene from his bit mar-

627 k.

628      4) Another Former Police chief -

629 says the city of Akron retaliated and consp-

630  red against him ~~they conspired~~ for not showing loyalty

631 to Mayor Dan Horrigan in 2021.

632      a) He accused them of defamation,

633 invasion of privacy, first amendment violat-

634 ions and retaliation. Horrigan tried to ass-

(50)

635  ert his influence over Nice.

636      b.) JA stated "Yourgan pressured

637  Nice into promoting certain officers to high

638  level positions because they were loyal to

639  the mayor, even though they weren't qual-

640  ified."

641      c.) Nice also criticized the general

642  practice of pardoning of people with crimin-

643  al convictions and said some judges were

644  too lenient.

645      d.) Nice ~~agreed~~ refused to acquiesce to

646  Yourgans demands when he reasonably beli-

648  eved that doing so would either "endang-